FILED 07 DEC '21 16:04 USDC-ORE

~~Exparte~~ Larsen
Dora C. Larsen

    petitioner, pro se

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

Case: 6:21-CV-01718-AA

** Under Seal **

Dora Larsen
- petitioner
- ex relator
  D.O.C., FTC., DOJ

v.

Oregon Dept. of Human Svcs
Marion County
Meghan Peters, caseworker

    et al

The Bogers, Diane

    et seq.

EMERGENCY MOTION FOR A STAY PENDING Amended Complaint

These are immediate collateral consequences and grave dangers resulting from the issues which will be related from the commencement.

(1) This Emergency Motion for a Stay of the order issued December 3, 2021 from the Marion County Juvenile Court's order for the fraudulent issue of a durable Guardianship of my sacred child to the covetous and conspiring foster entity stakeholders and the ODHS. This Stay is an Emergency to preserve our family and provide desperate pre-deprivation relief from Administrative Agency decisions and seizures depriving major fundamental and first amendment rights of liberty to the care, comfort and consortium of family.

2. An Emergency Stay is vital and will ensure my child's safety, with →

(1)

release of my child to persons of surety.

3. I am being subjected to judicial deception and grievous, horrendous retaliation from ODHS and their conspiracies with their foster entity. They are abusing my disabled child's cognitive delays and vulnerabilities, abusing their power and authority over here, wielding undue influence, actively & grievously harming & injuring her spirit, heart and mind, and we are in great peril & jeopardy.

4. The foster entity, last month nearing the horrible permanency hearing, the foster entity prevented visits, and

→

(2)

5. In my foolish naivity, knowing that the second warrantless & unnecessary seizure of my child which occured on February 13, 2020 was in retaliation by ODHS for first amendment protected speech., in coordination with the covetous foster entity demanding the title of my child., & ODHS concealing their abuses of power while under federal investigation.

6. ODHS previously, in 2020., also had brought knowingly false & fraudulent police reports against me for assault, later changed to "not obeying DHS orders", because the agency's regulations against my person wield the force of civil and criminal punishment.

③

7. I had made the error of telling them I was bringing suit & claims; and, exactly as I had feared and also documented, ODHS (and partners) has promptly punished me for bringing Complaint to the District Court in attempt to actually terrorize, chill and coerce silence to their abuses;

They, ODHS, today filed false sexual abuse charges against me, alleging that I sexually abused my own beloved daughter; myself her mother, when we were on a 30 minute visit, one of the rare visits permitted, on 10/31/2021.

(4)

8. They also allege that, and take out of proportion and fabricate that I slept & sexually abused my own child from a young age.

9. This is horrendous and I am in danger and peril of prison for bringing complaints, and my daughter is in danger being disabled, cognitively limited, 10th grade at a 2-3rd grade level, in the home of the entity grooming her to destroy her mother & our family forever.

10. Sure safety persons of good rapport are available to ensure the compelling interest of my child's safety.

11. The Guardianship order to <u>please</u> Stay from execution, issued Dec. 3, 2021, please halt the tremendous powers that <u>are</u> combined & conspired against me, to <u>destroy me & my family.</u>

12. I will urgently try to compose my complaint; I am very afraid, and fearful for my child, and terrified of the injuries they are causing in her heart & mind & soul., and terrified of going to prison falsely for filing complaint. Please, please help us!!

: Case # 19JU01381   Alba Larsen
  ODHS ":"

6

Thank you, we need you so much.

Irreparable harm will happen & I may not be able to file Complaint w/out a stay of the Guardianship & a TRO against ODHS & conspirators.

Sincerely yours forever & ever,

Dora Caroline Larsen
(971) 240-1229

