# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

Case: 6:21-CV-1718-AA

**D. Larsen**

*Petitioner, Pro Se*

*and on behalf of my beautiful daughter A.L., in wrongful custody whom I love and miss so very much*

       *Plaintiffs*

       *v.*

SOLICITOR GENERAL OF THE
UNITED STATES, Washington D.C.,
**THE CHILDREN'S BUREAU (CBX)**,
**ADMINISTRATION OF CHILD
AND FAMILY SERVICES (ACFS)**,
**SECRETARY OF THE DEPT. OF
HEALTH AND HUMAN SERVICES**

       *v.*

**THE OREGON DEPARTMENT
OF HUMAN SERVICES** (ODHS)
ADMINISTRATIVE AGENCY OF
CHILD WELFARE SERVICES,
DISTRICT 3, MARION COUNTY
      *Et. Al.*

**THE OREGON DEPARTMENT
OF JUSTICE, ATTORNEYS GENERALS,
RACHEL KLEIN**

      *Defendants*

**First Amended
CIVIL COMPLAINT**

42 U.S.C §1983, 1985 (2)(3);
*Ex parte Young*, 209 U. S. 123 (1908)
Americans with Disabilities Act, Title II;
42 U.S.C. § 12133 and Section 504;
The U.S. Constitution, #'s 1–14
Administrative Procedure Act, 5 U.S.C. §§
701-703; Law of Nature/Nations;
31 U.S. Code § 3729 *et. seq.*

**OREGON DEPT. OF HUMAN RESOURCES CHILD WELFARE OF MARION COUNTY;**
AND EMPLOYEES IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES:

**MEGHAN PETERS**, Case worker;
**JAMES POSEY**, Supervisor;
**AMBER ROJAS**, CPS worker
**RACHEL LAPPING**, CPS
**BOB GIBS**, CPS consultants and trainers,
**DEENA LOUGHARY**, Child Safety Program Manager;
**MELISSA ANDERSON, JULIE HARPER,** "Child Safety Consultants" and
**WENDY MATHEWS,** Case Management Coordinator, and Title IV-E Department
*et. al.*

**DIANE PRAIRIE TERRENCE BOGER,** conspiring and criminal foster entity

**CAPSTONE COUNSELING, JOHNNIE C. BURT, LPC,** conspiring counselor contracted by the foster entity

Rosie Lopez, Matthew Boyd, Principle **OREGON SCHOOL FOR THE DEAF**

**KEIZER POLICE DEPARTMENT**
**DANIEL CARROL**, Officer K013
**BENJAMIN HOWDEN**, Officer K040

*DEFENDANTS*

## I. INTRODUCTION

1.    I pray forgiveness for laboring weeks in appeal to ReSeal and to proceed in Pseudonym because I wasted this time, and in emotional distress and we need emergency protection with this Court and from ODHS's infliction of unconstitutional deprivations of our civil rights, disability and familial rights and threats of loss of absolutely everything. Emotional distress is secondary to this emergency. I thank the court and pray permission for *second* amendment complaint for the time permitted by the Court, and please at least do not anger against me but permit voluntary dismissal or second amended complaint. This complaint is short and concise but is not complete, wherein therefore.

2.    This complaint requests Expedited Discovery and an Order to Show Cause with delivery to the District Court of *all metadata* of files and communication pertinent to my child and their schemes with unknown actors and in secret combinations associated with their internal number assigned to my beloved child, No. 955204. My child is NOT THEIRS. They told her she should not go home, that better places await her. They placed her in lien for probate to their alleged better option without legitimate cause against me but discrimination that I am a Hearing Parent, and she is a Deaf child, and their stakeholder is Deaf. They allege impulse problems and condemn me for criticisms of the agency. This is bogus. They are probating her initially because of retaliation against me for protected speech and in conspiracy with their stakeholder, and in concealment of state created dangers by falsely impugning my character for harms she suffered at their hands.

3.       Please request their Discovery and reports to the courts, and their Supplemental Confidential Files that I allegedly have legal rights to but have been denied access to. These are pertinent to providing documentation for claims.

4.       I regret spending two weeks drafting appeal because it is 11:00pm and I am exhausted. I pray for merciful opportunity to provide a second amended complaint and I will not vex the court with further requests nor numerous motions. I pray for mercy in my distress. They are leveraging my child and my physical freedom to silence, and my civil standing to claims.

5.       I pray for Joint Federal and State Committees and strict scrutiny of the compelling interests of child safety, and Federal preemption statutes of appropriations spending in child welfare to be severed from the civil and criminal legislative punishment of adults, and for the Federal regulation of dormant commerce, and prosecutors who do not profit from custody, nor legislate actions plans and regulations against their prosecuted, nor profit from their prosecuted's elimination or demise, nor have conflicting interests. And regulation of dormant commerce, equal protections in constitutional courts, and due processes for natural families.

## II.  JURISDICTION

6.      The Court has original jurisdiction under 28 U.S.C. § 1331 in all cases arising under the United States Constitution, Federal laws and treaties.

7.       The Court has jurisdiction of all actors, employees and agencies of the State of Oregon under 42 U.S.C §1983, §1985 (2)(3); The Americans with Disabilities Act, Title II; 42 U.S.C. § 12133 and Section 504; The U.S. Constitution and the First, The Administrative Procedure Act, 5 U.S.C. §§ 701-703 both State and Federal; Law of Nature/Nations; 31 U.S. Code § 3729.

8.      The Court has supplementary jurisdiction in review of the state agency's "other than contested case" final decision against me of "founded" child abuse allegations currently docketed in the adult Circuit Court for the County of Marion; 100 High Street, NE, Salem, OR 9730; **Case: 21CV37415** (See EX-4_Courts and Admin).=, under 28 U.S.C. § 1441.

### III.   PARTIES

9.  PLAINTIFFS; Larsen, *Pro Se,*

10. <u>IMPLICATED:</u> The Secretary of the Dept. of Health and Human Services, Administration of Child and Family Services (**ACFS**), THE Children's Bureau (**CBX**)*,* Solicitor General of the United States, Washington D.C., 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001, in their capacity for administration of CW and Title IV-E that inflicts grievous legislative punishment upon adults without independent prosecutors; wherein the legislation has interested prosecutors (social workers are not the answer to all problems) who legislate regulations against their prosecuted, and profit from custody and prolonged services to both, and profit from the destruction of the prosecuted, with perverse pecuniary incentives in courts which are structured and tasked together with the prosecuting agency to further and assist the agency's AFCARS and CFSRs and which deny adults of all civil and equal protections and due processes before depriving major first and fourteenth amendment rights under compelling interests doctrine, in structures which are combined and indeed encourage principle agent problems of grave moral hazard against vulnerable suspect classes deprived of impartial or adequate forums. Relief requested is separation of powers and from civil prosecution from general welfare statutes, and for prosecutors who do not profit from

custody or perverse conflicted interests and relationships. For an abolishment of ICWA in favor of Indian families having access to Federal adjuncts and for a separation of interested prosecutors; and qualified experts for everyone. For independent adult courts in committee to juvenile courts, and even joint Federal and State Committees for the benefit of families.

11. **DEFENDANTS:** Defendant No. 1: The Oregon Department of Human Resources Child Welfare Agency,  Marion County Office, *et. al*  4600 25th Ave NE, Salem, OR 97301 Main office number: (503) 378-6800;  ODHS is the state child welfare and county agency is tasked with policing the safety of children and providing permanency and foster care placement as title IV-E agencies. ODHS employs defendants herein. ODHS has patterns and practices of discrimination against children and families with disabilities, and withholding critical medical services on purpose, prohibiting religious providers because they are not corruptible, and deliberately segregating our family from community services and punishing protected speech, and criminalizing criticisms of the agency, and secret medical evaluations, and condoning warrantless seizures and unneeded and prolonged retentions into foster care, traumatizing children and their parents and families, without cause and without judicial notice, and has patterns and practices of grievous disability and religious discrimination and segregated treatment, and grievous principle agent problems of grave moral hazard, in combinations of conspiracy.

12.    ODHS Employee Defendants in their individual and official capacities: **MEGHAN PETERS,** *conspirator, "caseworker"* (971) 718-4561, Meghan.C.Peters@dhsoha.state.or.us, who deliberately conspired to fraudulently seize my child for the second time on 02/13/2020

without legitimate cause nor warrant nor exigent circumstances, together with their covetous Deaf foster teacher at my daughter's school only three days after I had prevailed against their agency in a contested case hearing with the Federal Social Security Administration, which SSA also regulates the Title IV-E agency; Deliberate deprivation of contacts and services and infliction of harm and intentional withholding of needed medical services causing grievous harm to my child with deliberate indifference and grievous incompetence or negligence. I had established Medical appointments and therapists to mitigate the trauma from Amber Rojas's first warrantless and unnecessary removal into the stakeholder's home, denying religious providers and without exigency nor cause, nor warrant.; GRIEVOUS disability and religious discriminations and denial of benefits to equal participation in services; absence of appropriate communications services and devices for my Deaf child, confiscation of devices I brought; Blatant indifference to statements of extrinsic fraud and concealment of evidence, and fabrication of malignities, and conspiracies with their stakeholder to groom and alienate my child without legitimate cause, and conspiring to eliminate the Court Appointed Special Advocates in their campaigns to seclude my daughter while indoctrinating and wielding undue influence and alienation to rupture our relationship, and preventing all visitation and family counseling with deliberate indifference to known harms and in contrary to agency regulations and statutes to assist meaningful relationships. And much more.

13.     Defendant No. 3: **JAMES POSEY,** ODHS Actor: *supervisor and super-conspirator*, JamesJPosey@dhsoha.state.or.us; who conspires to deliberately destroy and probate my child knowing that there is no cause to do so, and deliberately fabricating evidence and

condoning patterns and practices of deprivations and distain for Ninth Circuit Judgements. Who facilities all the above, and much more of which I am not aware but *feel* the violence.

14.    <u>Defendant No. 4:</u> **AMBER ROJAS**, ODHS Actor: *tortuous and deceptive* CPS of 04/29/2019- 05/30/2019, promoted to trainer; GRIEVOUS and deliberate conspiracy and orchestrated actions knowingly in violation of the Ninth District and Circuit Court's CLEAR judgements and precedents concerning Police and CPS interrogations of families and children without warrants, and seizures without warrants, and secret medical evaluations, and traumatizing children so desperately that they have nightmares and associations to the nightmares from the removals themselves not from any accidental injury; and *deliberate fabrication* and concealment of evidence and perjury in court documents; and withholding of medical care, and indifference to her educational needs while prolonging seizures. My child was happy even the day after the accidental injury toy throw, and Amber stated herself in her report that was written by the police officer for her, that my child was happy, and gave a "thumbs up" to the counselor concerning me and stated I had apologized, YET, they keep jurisdiction alleging I had not apologized and didn't care about my child and had somehow wanted to punished her for not folding laundry which is *<u>stupid</u>*; and MUCH MORE; and I hate them and their devastating inflictions of grievous harm and rupture of my family without legitimate cause.  She refused to provide an ASL interpreter and seized her without just cause but to orchestrate police interrogation absent warrant under hostile conditions at her school the next day, wherein she was under seizure and traumatized without a warrant. This is preserved in jurisdictional transcripts of July and August 2019, delivered to the Court.

15. <u>Defendant No. 5</u> the criminal conspiring **RACHEL LAPPING**, ODHS Actor: *tortuously criminal* CPS of 02/13/2020 who seized my child at school without a warrant on 2/13/2020 and knowingly filed false police reports, and perpetuated fraudulent criminal reports for days with the intention of false prosecution, knowingly.

16. <u>Defendant No. 6</u> **Oregon Department of Human Resources (ODHS), Administrative Agency, CHILD WELFARE SALEM, MARION COUNTY,** *Fabricated "founded" agency internal decisions,* 500 Summer Street NE, E68, Salem, OR 97301, telephone: 503-945-5600 **DEENA LOUGHARY**, Child Safety Program Manager, **MELISSA ANDERSON; BOB GIBS**, CPS consultants and trainers as responsible for LAPPING AND ROJAS, **WENDY MATHEWS**, supervisor, **JULIE HARPER** (letter July 26, 2021; fabricated 2nd removal)

17. <u>Defendant No. 7:</u> **OREGON DEPT OF JUSTICE,** ASSOCIATE ATTORNEYS GENERALS, RACHEL KLEIN, JOHN ANDERSON, 1162 Court St NE, Salem, OR 97301, (503) 378-5555; in her individual and official capacities as knowingly furthering fraudulent and misrepresented allegations in concealment of state created danger, in violation of ethics, and respondent to injunction to prevent the further enforcement of unconstitutional agency regulations and actions against our family.

18. <u>Defendant No. 8 and 10;</u> **KEIZER POLICE DEPARTMENT, DANIEL CARROL**, Officer K013, 930 Chemawa Rd NE, Keizer, OR 97303, (503) 390-3717; and **BENJAMIN HOWDEN,** Officer K040, or knowingly interrogating me three tines without a warrant FOR the CPS person in hostile manner deliberately fabrication their perspectives of trying to procure some criminal mindset for an accidental injury, and warrantless seizures of my child

and warrantless interrogations of my child at school, in clear and knowing violation and distain for the Ninth District Court; which caused indignity and trauma to my child; and which procured in me an "unexplained injury" because of protecting my fifth amendment right while in the presence of the CPS worker and needing to be cooperative while they leverage your child; hence I said she fell instead of I had thrown something across the living room; therefore they seized her and I was condemned even before the appellate courts in pretext for alleged dishonesty and anger. Because of their tactics which they violate the Ninth District on Purpose which is harming families so much.

19. Defendant No. 10; Capstone Counseling; **JOHNNIE C. BURT, LPC,** *co-conspirator, contracted by covetous foster persons;* 354 N Pacific Hwy; Woodburn, OR 97071, 503-980-5322;l johnnie@capstonecounseling.net; unethical behavior and manipulation of a vulnerable child in conspiracy and collaboration with ODHS and the stakeholder in biases and ignorance without permitting joint counseling; grooming my child for alienation and instilling false fears and memories of intentional neglect previously not existent based upon preconceived ideas and the foster persons insinuations and statements to the counselor; while forbidding family counseling and forbidding neutral counselors.

20. Defendant No. 11; **DIANE PRAIRIE AND TERRENCE BOGER**, *conspiring Entities;* (503) 569-2272; the school teachers who are grievous actors in harm against my child. They are employees at the Oregon School for the Deaf. They orchestrated the exclusion from my Childs's IEP and prevented my child from meeting the Court Appointed Special Advocates

### III.    Statement of Claims

21.    This terrible tragedy of nearing three years can be repaired, and families are forever, and are a labor of love and the effort of a lifetime.  The devastation of CPS began simply.  ODHS worker Amber Rojas of Marion County received a hotline call on Tuesday morning of April 23, 2019 of a child who presented at school with a bruise. She received a response time of 24 hours. She had time to procure a court order for search and seizure if needed. She did not. She chose to ignore all precedents.  She orchestrated the warrantless interrogation of myself by the police on the evening of Wednesday, April 24, 2019 under threat of arrest if I stated I had erred and thrown something. I said she had bumped her head and believed this would keep us safe because if I were arrested then she would be in danger. My home was in perfect order, and clean and peaceful. Oregon statutes and Federal Statutes require or permit removals of children only when there are irremediable serious direct threats to the safety of a child which are not mitigable with any effort or accommodation or service in the home. Removal of a child is traumatic and not permitted, technically, without a warrant nor without exigent circumstances. Sadly there are no separation of powers and suspect classifications and perverse financial incentives and parents are denied enforceable rights under 1123 of "reasonable efforts" § 671(15)(a)(b). However, there are other enforceable statutes on behalf of children.  She seized my child at 9:30 at night without cause, and without even bothering to meet with her, rerouting her from an activity at Timberline. She did not bother to find an ASL interpreter. My child was highly traumatized and the event was singular and a recurring memory that DHS caused and then deliberately denied her timely counseling for over one

year. They prevented me from bringing her to religious counselors when she was home from November 1, 2019 until their warrantless seizure of February 13, 2020.

22.    But for this first traumatic and warrantless removal then my child would never have formally met the covetous stakeholders Diane Prairie and Terrance Boger, tho. Bonded to her. They are employed at my child's school, the Oregon School for the Deaf.

23.    Prairie is Deaf. She is a visual lip reader and articulates with clear speech. Boger is only "hard of hearing". They are members of what is considered the extreme "Deaf Culture" idea, where the belief is that exclusion of hearing persons is the norm, and the use of auxiliary aides or hearing aids and cochlear devices are discouraged and even considered abusive.

24.    I was neither for nor against such beliefs and considered my own daughter's preferences when making decisions for her; and enrolling her into this school; regrettably; in first grade, her Pediatrician recommended Cochlear implants and the OHSU doctors recommended them also. I decided against them, because my daughter did not like to even wear hearing aides. I regret this decision because the juvenile courts and ODHS and the Prairies are deliberately discriminating directly against me as a Hearing person associated with my child who is Deaf.

25.    My not being Deaf is the Major Pretext for continued removal and alienation of my child. They ordered and mandate Sign Language classes, since July of 2019, as a prerequisite for my child and reunification home, which is not even necessary as I am intermediate and competent; and which demand is a violation of Title II of the Americans with Disabilities Act (see also Cruz v. is. Dept. of Human Serv.s., 9 F. Supp.3d 668 (S.D. Miss.2014)(U.S. District COurty held that plaintiffs established a prima facie case that their rights were violated and

that defendants acted unreasonably when defendants removed the child from the mother's custody in part because the mother was LEP)_: State ex. rel., Children, Youth, & Family Dept v., Alfonso, 355 P.3d 282,303 (N.M. Ct. App. 2015) ("We are unconvinced that, as a general rule, native language disparities between a natural parent and his or her infant child are insurmountable obstacles to reunification."); A.S.T. v. Etowah Cty. Dept of Human Sevs., 36 So.3d 572, 577 (Ala. Civ. App.2009) ("The mere lack of the ability to communicate because of a language barrier is not insurmountable, and, in this case, it is insufficient to serve as a basis for the termination of the father's parental rights.").

26.    They allege "anger and impulse" control problems as assigned to me as a DCM by the CPS worker Amber Rojas, who is not a qualified LCSW to suppose any diagnosis, and described my personality and interactions with her personally as positive; aside from the misrepresentations of the police and their characterization of me as physically "slapping" or disciplining my child. (My child stated in the Jurisdictional transcripts that I had not slapped her previously, even when she was sent to her room).

27.    They allege I am not competent to parent my child because I am not as fluent in sign language. (¶ transcripts and caseworker petitions)

28.    They then allege that I neglected her for going to work and her having to go to day care. They allege all kinds of things which are bogus and *ex post facto* and Fabricated and false and deprive me to tears, and only let me see my child for one hour once a month, and criticize my criticisms.

29.    The Prairies covets my child and has deliberately alienated my child, and withheld all contact, now for nearing four months, to procure her own possession of my child

30.    Prairie began working with ODHS and the Title IV-E Permanency department after the day of their second seizure orchestrated on 02/13/2020 at the school with Rachel Lapping, in violation of the United States Constitution, and in deliberate disregard for our civil rights. The AAG recorded in the removal transcripts that they would begin working with Prairie on Guardianship. That. Began ODHS's deliberate conspiracy and "concurrent planning" in direct elimination and campaigns of over isolation and erasure of me from my child's life, to my horror and shock and extreme and serious harm and grievous, unconscionable suffering and pain and loss for no legitimate reason.

31.    Their juvenile court ONLY further the agency's action plan recommendations and are funded by HHS to assist the Title IV-E agency meet its AFCARS and CFSR objectives.

32.    There are ZERO impartial reviews and ZERO impartial fact finders, and emotional and psychological VIOLENCE against vulnerable parents, and gratuitous removals into foster care for no legitimate purpose but acquisition and in my case, retaliation and deliberate conspiracy and violation of disability rights. And they are exploiting my child who has learning disabilities and particular vulnerabilities and impressionability. Juveniles are known to be susceptible to influence, especially in custody and by authorities. I am afraid for her.

33.    I was unaware at the time the time of the second warrantless seizure without cause, establishing a definite agency policy and practice of such, that Prairie had orchestrated this also.  ODHS acted three days after I had Prevailed against them in the SSA contested case

Larsen | Civil Complaint

for SSDI benefits. SSA administers the Title IV-E benefits to ODHS, a Title IV-E agency. My c complaint to the SSA regarding ODHS, and my prevailing against them, motivated ODHS to fabricate cause against me to conceal their own misdeed and justify their own agency.

34.     Rachel Lapping and Meghan Peters alleged in Petition that I had bruised my child's arm by dragging her throughout the gym run an open struggle when we had gone to Church the night prior. This was false, of course. There are witnesses, and the Affidavit of Matthews. ODHS filed police reports and had my child in seizure by 8:30am on 2/13/2020. They performed, again, secret medical examinations. They violated their illegally procured criminal deferred agreement of assault iv;, that had only been pled to avoid the trauma of a trial upon my child. I did not have any criminal *mens rea* of negligent injury.  They also allege impulse problems of mental illness. How could they prosecute mental or behavioral illness and then prosecute criminal or deliberate recklessness simultaneously. They do this for coercive power and civil terrorism; supported by federal spending structures that should sever parent everything from child welfare statutes; they are separate issues but connected.

35.     The workers did not investigate nor speak to anyone at Church. They discriminated against my religious serious providers, who are good people and are willing to spend the night with us to avoid my child's removal.  They destroyed my family under the pretext of Church and discrimination against my religious providers, and Disability discrimination alleging that my "forcing" my daughter to participate in church, which she previously loved, is abusive because hearing people attend. They then allege that I was insensitive to her need

to communicate when the lights were dimmed, but I was not. That is why I held her hand.

She herself testified in court that dimmed lights require touch to be able to sign into a hand.

36.   I am exhausted an it is now 11:30pm and I must file this complaint, but there is much more

to say. I pray for mercy and pray also and promise not to waste time in appeals, please only

grant one extension and I will focus only on that which is most of value and importance,

alone.

Prairie stated to me on the morning of 2/14/2020, of the second removal shelter hearing, which

they seized her because, alleging; t

Their courts punished me for requesting ASL interpreters for counseling accommodations for my

daughter's disability because ODHS withheld services. I was condemned, also, for procuring

neutral services in the community which are vital to myself and my child after traumas, but the

agency withheld deliberately. That is not fair. They have done everything to harm our sacred

relationship on purpose, and are deliberately inflicting grievous injury not previously existent

and that is evil and unconscionable. They forbid religious services because of alleged "alliances".

The courts and ODHS are corrupted and prevent providers who might not concur with their

allegations or prolonged, unnecessary services.

37.  Warrantless and unnecessary seizures have subjected us to unnecessary punishments and deprivations that are genuinely traumatic beyond capacity to articulate, and are exceedingly degrading, cruel and inflict an excruciating treatment of vulnerable persons and families while creating devastating dangers of lasting child trauma[1]. In my case, the agency's deliberate retaliation and coordinated second removal of my child with their stakeholder, and the subsequent deliberate deprivation of visitation or contact for nearly six months,   in punishment for filing complaints, and their courts condemnation of me by the mere virtue of the agency having seized my child the second time, without adjudicating the alleged cause (the second removal first alleged "assault", and then disproven, the court alleged insensitivity to her deafness according to the agency, and then alleged insensitivity to her desire for privacy when I checked in on her in the ladies room; this is the court, being that

---

[1] Convention Against Torture: PART I; Article 1
For the purposes of this Convention, the term "torture" means any act by which severe pain or suffering, whether physical or mental, is intentionally inflicted on a person for such purposes as obtaining from him or a third person information or a confession, punishing him for an act he or a third person has committed or is suspected of having committed, or intimidating or coercing him or a third person, or for any reason based on discrimination of any kind, when such pain or suffering is inflicted by or at the instigation of or with the consent or acquiescence of a public official or other person acting in an official capacity. It does not include pain or suffering arising only from, inherent in or incidental to lawful sanctions. (Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, Adopted and opened for signature, ratification and accession by General Assembly resolution 39/46 of 10 December 1984; entry into force 26 June 1987, accordance with article 27 (1)

obviously there was no assault and I am culturally competent and fit concerning her deafness), and then changing the reasons to justify the deprivation *ex post facto*, and with their warrantless removals and placement causing additional dangers of third party stakeholder bonding which creates an impairment of reunification contracts in further devastation to a natural family.

38.    "Best" interests competitions are cruel and should be abolished absent family dispute or marital domestic issues. A competent parent is the best against the intrusion of a state agency and against cruel competitions to dormant commerce.

## Incompetence of counsel,July 2021

Demand video of courts

1:    failed to change judges; knowing that the judge had just prejudiced me and failed to dismiss a motion to dismiss without any evidence beyond speculation

2:    disclosed client-attorney in middle of court, TWICE, (once regarding that he applauded me when I had a good visit reported by DHS, which one, relates client attorney conversations, two, inappropriately antagonizes me, as their vulnerable suspect class while simultaneously

supporting DHS unconscionable and fraudulent actions of suppression and misrepresentation of my character; being that their visits were misrepresented to begin with and then he states that he congratulates me for a good visit report is confirming and failing to provide defense advocacy against the fact that visits should not have been supervised to begin with and affirms that all the other visits were bad as the prosecutor had alleged and built their entire case around in the hearing just prior which denied my motion to dismiss; the prosecutors going to town about inappropriate visitation behavior because of my alleged loud criticisms of the agency.

Disclosed client-attorney visits by stating, "well, client wanted me to ask about this and so I will, but how ridiculous, I would never myself consider a defense of parental alienation, lol", which is factual humiliation of me, firstly, doubly, because 1) humiliates me by saying, "my client wanted me to bring up parent alienation"; that I stated what I stated in my private request to my attorney, which he is publicizing, which was that ODHS and their entity are alienating deliberately my child from two years ago, which is why no meaningful visits or counseling occurred, and not

1. The Oregon Department of Human Services Child Welfares has and continues to devastated my Deaf child and myself and our family. It devastates me to see her emotionally injured, exploited and deliberately alienated. I am competent and fit to parent but ODHS has engaged in conspiracy and fraud

2.  while deliberately inflicting unconscionable levels of torture and deliberate injury and grievous deprivations of familial association, care, comfort and love of my child, engages in patterns and practices of disability discrimination with deliberate indifference, fraud, conspiracy and coercive seizures in organized manner; concealment of evidence and deliberate judicial deception, misrepresentations and extrinsic fraud with the intention to punish me for first amendment protected speech, profit from the acquisition and brokerage of my disabled child, conceal their deliberately created dangers and traumas and continue to inflict horrific and lasting emotional and traumatic harm upon children and families, causing devastating harm and reducing life expectancies and outcomes.

3. I have suffered and am suffering such devastating and excruciating trauma my executive functioning is not at its best, and is seriously impaired at the moment.

4. ODHS actors are exploiting the disability status of my Deaf child and operating in the cruelest deprivation of our civil, disability and constitutional rights. They are capitalizing

and conspiring with the teacher at buy child's school, a foster person, who orchestrated my child's false second removal and subsequent devastating actions which will be related.

5. ODHS and its operation is a major principle agent problem of serious and grave moral hazard, and the federal statutes which facilitate the payments of structure of such operation violate the United States Constitution and deprive families of dignity, equal protection, fairness, impartial prosecutors, impartial courts of competency,

39.   Please help clarify and provide national or intelligence guidelines for the definition of "*serious dangerousness*" in the CAPTA Federal Statutes that define the state statutes and child welfare minimum standards, and mandate that CPS workers wear body cameras to assist an impartial adult court of competency to comprehend the "conditions and circumstances" of each particular case in the future. Let adult civil courts grant probation of adults with medicare wraparound and CPS deferred agtreements

40.   The Defendants somehow contrive new accusations against me to deflect from traumas which Defendants themselves caused my disabled child. They have caused and continue to cause grievous, insufferable and irreparable injuries with devastating, lasting harms to my precious child, to myself and to our sacred family.  Defendants' disregard to the sanctity of my family is cruelty.

41.   Defendants and their forums' brutal psychological and emotional battering of me is causing tremendous suffering and inflicts wounds and traumas to my child; and is

heartbreaking and cruel, and has no therapeutic value, and violates the Convention Against

Torture and the First Amendment of the Constitution.

42.   Warrantless and unnecessary seizures have subjected us to unnecessary punishments and

deprivations that are genuinely traumatic beyond capacity to articulate, and are exceedingly

degrading, cruel and inflict an excruciating treatment of vulnerable persons and families

while creating devastating dangers of lasting child trauma[2]. Adults are also being denied

rights to an impartial and constitutional civil forum; denied equal protections and also denied

substantive and procedural due processes to privacy of HIPAA information from degrading

exploitation before the eyes of ones own children; and denied an impartial prosecutor, and

denied the right to a defense without punishments. Adults are denied equal protections before

the law. Defendants' interdependent juvenile forum does not have legitimate subject or

personal jurisdiction over the persons of adults to even pretend to supervise, rehabilitate or

control adult persons, or to destroy the sacred and fundamental rights of adult persons; and

---

[2] Convention Against Torture: PART I; Article 1
For the purposes of this Convention, the term "torture" means any act by which severe pain or suffering, whether physical or mental, is intentionally inflicted on a person for such purposes as obtaining from him or a third person information or a confession, punishing him for an act he or a third person has committed or is suspected of having committed, or intimidating or coercing him or a third person, or for any reason based on discrimination of any kind, when such pain or suffering is inflicted by or at the instigation of or with the consent or acquiescence of a public official or other person acting in an official capacity. It does not include pain or suffering arising only from, inherent in or incidental to lawful sanctions. (Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, Adopted and opened for signature, ratification and accession by General Assembly resolution 39/46 of 10 December 1984; entry into force 26 June 1987, accordance with article 27 (1)

particularly not under juvenile codes and without a rule of law but interested administrative agency prosecutor decree against a vulnerable and hated suspect class.

43.     "Best" interests competitions are cruel and should be abolished absent family dispute or marital domestic issues. A competent parent is the best against the intrusion of a state agency and against cruel competitions to dormant commerce.

# Challenging Regulatory Actions

Government agencies at the state and federal levels enforce laws and regulations covering a vast range of commercial activities, such as financial disclosure requirements, workplace safety, environmental protection, and food quality and safety. Any **regulatory action** must be authorized by a statute passed by Congress or a state legislature, in accordance with rules established by those legislative bodies. At the federal level, government agencies must follow procedures set forth by the **Administrative Procedures Act (APA)**. Enforcement actions must take due process and other considerations into account. Individuals, businesses, and other organizations can challenge the validity of administrative rules. Any individual or other legal entity that is the subject of an administrative investigation or enforcement can defend themselves and seek review of administrative findings.

The agency operates under OAR, which are administrative rules;